STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. OTTO KIND AND CHARLES KIND, PLAINTIFFS IN ERROR.

Submitted July 11, 1910—Decided November 14, 1910.

On error to the Supreme Court, whose opinion is reported *ante p.* 176.

For the plaintiffs in error, *Garrison & Voorhees.*

For the defendant in error, *J. Hampton Fithian,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, JJ. 10.

*For reversal*—None.